**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willard Cortez ROBINSON, Defendant–Appellant.**

**Nos. 90–10433, 90–10470.**

United States Court of Appeals, Ninth Circuit.

May 12, 1992.

Before: ALARCON, BOOCHEVER, and T.G. NELSON, Circuit Judges.

ORDER

The above entitled opinion filed April 22, 1992, is hereby withdrawn, and the case is withdrawn from submission pending further order of the court.